IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTONIO HUNT,**                                                                                                   **PLAINTIFF**
**ADC #131310**

v.                                  Case No. 4:21-cv-00181-KGB-JTK

**THOMAS HURST,** *et al.*                                                                            **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 6). The parties have not filed any objections, and the time for filing objections has passed. After careful review of the Proposed Findings and Recommendations, the Court adopts them in their entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. Plaintiff Antonio Hunt's complaint is dismissed without prejudice, for failure to state a claim upon which relief may be granted.

2. The Court recommends that dismissal of this action constitute a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from this Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

So ordered this the 9th day of January, 2023.

_____
Kristine G. Baker
United States District Judge